

# Fourth Court of Appeals

## San Antonio, Texas

January 28, 2014

No. 04-13-00732-CV

**IN THE INTEREST OF J.M.S., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00346
Honorable David A. Canales, Judge Presiding

## O R D E R

On December 6, 2013, appellant's counsel filed a letter stating the parties had settled and appellant desired to dismiss the appeal. The clerk's office of this court called appellant's counsel on December, 9, 2013, and advised that appellant was required to file a motion to dismiss. When appellant failed to file a motion to dismiss by January 2, 2014, the clerk's office once again contacted appellant's counsel. The office of counsel for appellant advised that counsel was on vacation, but a motion to dismiss would be filed the week of January 13, 2014. No motion was filed. We note here that pursuant to this court's Rule 37.2 letter, the reporter's record was due January 2, 2014, but was not filed because of counsel's representation to the reporter that the appeal was being dismissed.

With the reporter's record past due, and no motion to dismiss having been filed, the clerk's office once again contacted counsel for appellant. The clerk's office was advised the motion to dismiss would be filed that day. Again, no motion to dismiss was filed or has been filed as of the date of this order, despite another phone call on January 22, 2014, to appellant's counsel. The court reporter has informed this court that appellant's counsel has told him not to file the reporter's record.

Accordingly, given the court reporter's representation and appellant's failure to file a motion to dismiss, we find the record is complete and appellant's brief is now due. Accordingly, we **ORDER** appellant to file appellant's brief on or before **February 12, 2014**. Appellant is advised that due to the absence of a reporter's record, this court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). If appellant's brief is not filed by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court